UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

        Case No. 21-cr-0015-bhl

  v.

DENNIS J SCHAUMBERG,

        Defendant.

## ORDER GRANTING MOTION TO ADJOURN
## FINAL PRETRIAL CONFERENCE AND TRIAL

      Counsel for defendant has filed an Unopposed Motion to Adjourn Trial and Associated Dates. (ECF No. 10.) In addition to adjourning the trial and pretrial dates, Counsel asks that the matter be scheduled for a status hearing in approximately 45 days. Counsel explains that he needs more time to review discovery and, potentially, to pursue a resolution of the matter without needing a trial. Counsel for defendant has also asked the Court to exclude the time from the date of this order to the day of the status conference under the Speedy Trial Act.

      For the reasons stated in the motion, the Court will grant the motion. Additionally, the Court finds that the ends of justice served by the adjournment outweigh the best interests of either the public or the defendant in a speedy trial, and thus any delay resulting from the adjournment is excluded from the computation under the Speedy Trial Act. *See* 18 U.S.C. §3161(h)(7)(B)(iv). More specifically, the Court concludes that it would be unreasonable to deny counsel's request for additional time to prepare for trial. Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's unopposed motion, (ECF No. 10), is **GRANTED** and the Final Pretrial Conference and Jury Trial dates are removed from the Court's calendar. The Court will conduct a counsel-only status conference by telephone on **April 20, 2021 at 10:00 a.m.** To appear by telephone, counsel must call the Court conference line at 1-866-434-5269 and enter access code 1737450# before the scheduled hearing time. Participants will be placed on hold until the case is called.

**IT IS FURTHER ORDERED** that the time from **March 3, 2021 to April 20, 2021** is excluded from the calculation under the Speedy Trial Act.

Dated at Milwaukee, Wisconsin on March 3, 2021.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge